UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| RACHEL MARIE MENENDEZ, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:11-cv-00361-JMS-MJD |
| AARON MCCLELLAN, | ) | |
| Defendant. | ) | |

# E N T R Y

The plaintiff's motion for three judge court has been considered.

"A district court of three judges shall be convened when otherwise required by Act of Congress, or when an action is filed challenging the constitutionality of the apportionment of congressional districts or the apportionment of any statewide legislative body." 28 U.S.C. § 2284(a).

Neither circumstance is presented through the plaintiff's motion, nor is there any discernible basis on which such a request could be based, supported or granted. Accordingly, the plaintiff's motion for three judge court [48] is **denied.**

**IT IS SO ORDERED.**

Date: 08/18/2011

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Rachel Marie Menendez
614 ½ N. Emerson Ave.
Indianapolis, IN 46219

Gregory R. Clark
grclark@indy.gov

Jennifer Lynn Haley
jhaley@indy.gov